**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

-vs-                                                               Case No. 6:11-cr-49-Orl-28DAB

**TATIANA BELINSCHI**
**ALEXANDR POSTICA**
**SAIDA BABAEVA**
**KATERYNA KRYKOVLYUK**
**ELENA SHASHUROVA**
**VLADA BLISCIUC**
**ELENA ABUSHINOVA**
**IRINA LUCHINA**
**ALEKSANDRA LIUBINA**
**NATALIA FEDOROVA**
**ALINA PRIADKO**

_____

**ORDER**

This case is before the Court on Defendant Elena Shashurova's Motion in Limine to Exclude Audio Recording and Transcript (Doc. 239) and the Government's Response (Doc. 257). Defendants are charged with conspiring to commit various immigration and prostitution offenses, and the Government proposes to admit an audio recording and transcript of a conversation between a confidential informant and Defendant Shashurova regarding Ms. Shashurova's attempts to hide money from the IRS. Ms. Shashurova claims that this evidence is prohibited character evidence under Federal Rule of Evidence 404(b) and is unfairly prejudicial under Rule 403. Ms. Shashurova's arguments are not well-taken.

The fact that Ms. Shashurova was attempting to hide money from the IRS tends to prove that she was earning money illegally and is relevant to the case beyond being mere

character evidence.  Furthermore, the probative value of this evidence is quite high and is not outweighed by any prejudice that it may cause.

In accordance with the foregoing, Defendant Elena Shashurova's Motion in Limine to Exclude Audio Recording and Transcript (Doc. 239) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on this 18th day of October, 2011.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant

TATIANA BELINSCHI
ALEXANDR POSTICA
SAIDA BABAEVA
KATERYNA KRYKOVLYUK
ELENA SHASHUROVA
VLADA BLISCIUC
ELENA ABUSHINOVA
IRINA LUCHINA
ALEKSANDRA LIUBINA
NATALIA FEDOROVA
ALINA PRIADKO